Tuesday, March 29, 2011

No. 10–0262/MC.   U.S. v. Jose Medina.   CCA 200900053.   On consideration of Appellant's petition for reconsideration of this Court's decision, *United States v. Medina*, 69 M.J. 462 (C.A.A.F. 2011), it is ordered that said petition for reconsideration be, and the same is hereby denied.

No. 10–0468/AR.   U.S. v. Sonya M. Watson.   CCA 20080175.   On consideration of Appellee's petition for reconsideration of this Court's decision, *United States v. Watson*, 69 M.J. 415 (C.A.A.F. 2011), it is ordered that said petition for reconsideration be, and the same is hereby denied.

No. 11–8009/MC.   Frank D. Wuterich, Appellant v. David L. Jones, Lieutenant Colonel, United States Marine Corps, in his official capacity as Military Judge, and United States, Appellees.   CCA 200800183.   Appellant's motion to attach additional pages of the record is granted.   Appellee's motion to submit excerpt from the record of trial is granted.

No. 11–8019/AR.   Josh R. Rittenhouse, Petitioner v. United States, Respondent. CCA 20050411. On consideration of the petition for extraordinary relief in the nature of a writ of error coram nobis, it is ordered that Respondent show cause on or before April 8, 2011, why the requested relief should not be granted.